606

379 A.2d 305

**In re ESTATE of Peter BASALYGA, Deceased.**

**Appeal of Gene BASALYGA.**

Supreme Court of Pennsylvania.

Argued Oct. 12, 1976.

Decided Oct. 28, 1977.

Gene Basalyga, I. P. P., for appellant.

Robert H. Sayers, Scranton, for appellee, Marie Asch, Extrx. of Est. of Peter Basalyga.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed.

Costs on appellant.

JONES, former C. J., did not participate in the consideration or decision of this case.